IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SIDNEY HUMBLES                                                                               PLAINTIFF

V.                                                              CIVIL ACTION NO. 4:06cv106-TSL-LRA

KELLY RICHARDSON                                                                         DEFENDANT

_____

**ORDER OF DISMISSAL**
_____

The parties appeared before the Court on May 25, 2007 for an Omnibus Hearing, and the plaintiff made an *ore tenus* motion to voluntarily dismiss his case. The defendant had no objection to such dismissal.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice.

SO ORDERED, this the 4th day of June, 2007.

                                                                *s/Linda R. Anderson*
                                                        UNITED STATES MAGISTRATE JUDGE